IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LISA ANGEL; BETTY BATES; THEOLA BATTLE; AGNES BOYD; MICHAEL BROWN; ANQUINETTE CARTER; JANELL CHISM; BERNICE HAWK COBB; MARY JO DIANA; BONNIE EIDSON; BETTY ELLINGER; JESSICA HARROD; ALLYSON JOHNSON; JONI LOVELACE; COLIN LUKE; ANGELA LUKE; CATHERINE MATARO; JOYCE PETTIT; LUANN PIERCE; BRENDA ROSSE; SUSAN SPOOR; MONIQUE ST. JULIEN; DEBORAH TERRELL; RAMONA WALKER; NAOMI WALKER; BRENDA WHITE; and MARTHA WIGGINS,<br><br>                              Plaintiffs,<br><br>v.<br><br>WYETH, INC. f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC. f/k/a WYETH-AYERST PHARMACEUTICALS, INC., a Division of American Home Products Corporation; ROSEMARY STEWART, a citizen of the State of Georgia; ROBERT HAINES, a citizen of the State of Georgia; MARSHA FULLER, a citizen of the State of Georgia; JENNIFER WIGGS, a citizen of the State of Georgia; SHANNON BUGGS, a citizen of the State of Georgia; DOUGLASS W. RAY, a citizen of the State of Georgia; | CIVIL ACTION FILE<br><br>NO. 4:04-CV-60-3<br><br>Filed at 12:02 P M<br>DATE 8/11/2004<br><br>DEPUTY CLERK, U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF GEORGIA |

~Doc# 570968 01~



FRANK D. HAWKINS, a citizen of the State of Georgia; DAVID LEE DOWNING, a citizen of the State of Georgia; TERRI S. MORTON, a citizen of the State of Georgia; LISA CHURCH-RODENHISHER, a citizen of the State of Georgia; TRACI E. MULLIS, a citizen of the State of Georgia; JANET P. JACKSON, a citizen of the State of Georgia; AVERY T. LANIUS, a citizen of the State of Georgia; DAVID E. WILKES, a citizen of the State of Georgia; WOODFORD W. MOSS, a citizen of the State of Georgia; MICHAEL E. WINTERS, a citizen of the State of Georgia; ROBIN W. JONES, a citizen of the State of Georgia; and JOHN DOE NOS. 1-5,

           Defendants.

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY RULE 16 AND 26 OBLIGATIONS

Plaintiffs and the Defendants hereby move the Court to stay all of the parties' obligations with respect to the filing requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court pending a determination of whether this action will be transferred to the United States District Court for the Eastern District of Pennsylvania for coordinated and consolidated pretrial proceedings in *In re: Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, MDL Docket No. 1203. The parties seek a stay of these deadlines to avoid duplication of filings, discovery and pretrial orders, inconsistent pretrial rulings and inefficient use of pretrial resources.

~Doc# 570968 01~

For these reasons, the parties respectfully ask that this Court grant their Motion to Stay Rule 16 and 26 Obligations pending a determination of whether the action will be transferred to the MDL Court.

Respectfully submitted this 9th day of August, 2004.

*(signature)*
W. Lewis Garrison, Jr., Esq.
Garrison Scott Gamble & Rosenthal, PC
2224 First Avenue North
Birmingham, AL 35203

*Counsel for Plaintiffs*

*(signature)*
M. Elizabeth O'Neill, Esq.
Hawkins & Parnell, LLP
303 Peachtree Street, NE
4000 SunTrust Plaza
Atlanta, GA 30308-3243

*Counsel for David Downing*

*(signature) (w/ permission)* *(w/ permission)*
Stephen M. Brooks
Georgia Bar No. 085151

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Suite 1400
999 Peachtree Street, NE
Atlanta, GA 30309
(404) 817-6000
Fax (404) 817-6050

*Counsel for Defendants Wyeth f/k/a American Home Products Corporation, Wyeth Pharmaceuticals, Inc. f/k/a Wyeth-Ayerst Pharmaceuticals, Inc., a Division of American Home Products Corporation, Rosemary Stewart, Robert Haines, Marsha Fuller, Shannon Buggs, Douglass W. Ray, Frank D. Hawkins, Terri S. Morton, Lisa Church-Rodenhisher, Traci E. Mullis, Janet P. Jackson, Avery T. Lanius, David E. Wilkes, Woodford W. Moss, Michael E. Winters and Robin W. Jones*

3

~Doc# 570968 01~

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LISA ANGEL; BETTY BATES; THEOLA BATTLE; AGNES BOYD; MICHAEL BROWN; ANQUINETTE CARTER; JANELL CHISM; BERNICE HAWK COBB; MARY JO DIANA; BONNIE EIDSON; BETTY ELLINGER; JESSICA HARROD; ALLYSON JOHNSON; JONI LOVELACE; COLIN LUKE; ANGELA LUKE; CATHERINE MATARO; JOYCE PETTIT; LUANN PIERCE; BRENDA ROSSE; SUSAN SPOOR; MONIQUE ST. JULIEN; DEBORAH TERRELL; RAMONA WALKER; NAOMI WALKER; BRENDA WHITE; and MARTHA WIGGINS, <br><br> Plaintiffs, <br><br> v. <br><br> WYETH, INC. f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC. f/k/a WYETH-AYERST PHARMACEUTICALS, INC., a Division of American Home Products Corporation; ROSEMARY STEWART, a citizen of the State of Georgia; ROBERT HAINES, a citizen of the State of Georgia; MARSHA FULLER, a citizen of the State of Georgia; JENNIFER WIGGS, a citizen of the State of Georgia; SHANNON BUGGS, a citizen of the State of Georgia; DOUGLASS W. RAY, a citizen of the State of Georgia; FRANK D. HAWKINS, a citizen of the State | CIVIL ACTION FILE <br><br> NO. 4:04-CV-60-3 |

~Doc# 560770 01

of Georgia; **DAVID LEE DOWNING**, a citizen of the State of Georgia; **TERRI S. MORTON**, a citizen of the State of Georgia; **LISA CHURCH-RODENHISHER**, a citizen of the State of Georgia; **TRACI E. MULLIS**, a citizen of the State of Georgia; **JANET P. JACKSON**, a citizen of the State of Georgia; **AVERY T. LANIUS**, a citizen of the State of Georgia; **DAVID E. WILKES**, a citizen of the State of Georgia; **WOODFORD W. MOSS**, a citizen of the State of Georgia; **MICHAEL E. WINTERS**, a citizen of the State of Georgia; **ROBIN W. JONES**, a citizen of the State of Georgia; and **JOHN DOE NOS. 1-5**,

**Defendants.**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Memorandum In Support Of Joint Motion To Stay Rule 16 and 26 Obligations** by U.S. Mail properly addressed upon the following defendants and counsel of record:

W. Lewis Garrison, Jr., Esq.
Garrison Scott Gamble & Rosenthal, P.C.
2224 First Avenue North
Second Floor
Birmingham, AL 35203

*Attorneys for Plaintiffs*

Neil D. Overholtz, Esq.
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

*Attorneys for Plaintiffs*

This 9th day of August, 2004.

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309
(404) 817-6000
Fax (404) 817-6050

Jennifer Wiggs
1024 Glen Day Drive
Clemmons, NC 27012

M. Elizabeth O'Neill, Esq.
Hawkins & Parnell, LLP
303 Peachtree Street, NE
4000 SunTrust Plaza
Atlanta, GA 30308-3243

*Counsel for David Downing*

/s/ Stephen M. Brooks
Stephen M. Brooks
Georgia Bar No. 085151

*Counsel for Defendants Wyeth f/k/a American Home Products Corporation, Wyeth Pharmaceuticals, Inc. f/k/a Wyeth-Ayerst Pharmaceuticals, Inc., a Division of American Home Products Corporation, Rosemary Stewart, Robert Haines, Marsha Fuller, Shannon Buggs, Douglass W. Ray, Frank D. Hawkins, Terri S. Morton, Lisa Church-Rodenhisher, Traci E. Mullis, Janet P. Jackson, Avery T. Lanius, David E. Wilkes, Woodford W. Moss, Michael E. Winters and Robin W. Jones*

3